UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

EUGENE ADAMS                                                                                      PLAINTIFF

V.                                      No. 3:19CV00010-JM

CCDC; JADE, Nurse, CCDC; and
POTAR, C.O., CCDC                                                                               DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

DATED this 25th day of March, 2019.

_____
UNITED STATES DISTRICT JUDGE